QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean Pak (Bar No. 219032 (CA))
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
(415) 875-6600
(415) 875-6700 (facsimile)

Attorneys for Plaintiff GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> IXI MOBILE (R&D), LTD., and IXI IP, LLC, <br><br> Defendants. | CASE NO. _____ <br><br> **GOOGLE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-15)** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Alphabet Inc.: Google Inc. is a wholly owned subsidiary of Alphabet Inc., a publicly held corporation.

BlackBerry Limited; BlackBerry Corporation; HTC Corporation; HTC America, Inc.; Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; ZTE Corporation; ZTE (USA) Inc.; ZTE (TX) Inc.: Defendants IXI Mobile (R&D), Ltd. and IXI IP, LLC ("IXI") have sued each of these entities for alleged infringement of the patent that is the subject of this action.

1  IXI claims that each of these entities infringes the alleged IXI patent by making, offering for sale,
2  importing into the United States, and/or encouraging the manufacture, use, and sale of "mobile
3  devices with…Google Now, Google Search, Google Voice Search, and/or reasonably similar
4  software" and "Servers" including "Google Now, Google Search, and Google Voice Search
5  Servers" provided by Google.

DATED: July 25, 2016             Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/Sean S. Pak
    Sean S. Pak
    *Attorneys for Google Inc*.