1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Sean Pak (Bar No. 219032 (CA))
2  seanpak@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   (415) 875-6600
4  (415) 875-6700 (facsimile)

5  Attorneys for Plaintiff GOOGLE INC.

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10 GOOGLE INC.,

11           Plaintiff,                    CASE NO. _____

12     vs.                                 **GOOGLE INC.'S CERTIFICATION OF
                                           INTERESTED ENTITIES OR PERSONS
13 IXI MOBILE (R&D), LTD., and             (CIVIL L.R. 3-15)**
   IXI IP, LLC,
14

15           Defendants.

16

17

18         Pursuant to Civil L.R. 3-15, the undersigned certifies that the following persons,

19 associations of persons, firms, partnerships, corporations (including parent corporations) or other

20 entities (i) have a financial interest in the subject matter in controversy or in a party to the

21 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

22 substantially affected by the outcome of this proceeding:

23         Alphabet Inc.:  Google Inc. is a wholly owned subsidiary of Alphabet Inc., a publicly held

24 corporation.

25         BlackBerry Limited; BlackBerry Corporation; HTC Corporation; HTC America, Inc.;

26 Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; ZTE Corporation; ZTE

27 (USA) Inc.; ZTE (TX) Inc.:  Defendants IXI Mobile (R&D), Ltd. and IXI IP, LLC ("IXI") have

28 sued each of these entities for alleged infringement of the patent that is the subject of this action.

                                                              Case No. _____
                        GOOGLE INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1   IXI claims that each of these entities infringes the alleged IXI patent by making, offering for sale,
2   importing into the United States, and/or encouraging the manufacture, use, and sale of "mobile
3   devices with…Google Now, Google Search, Google Voice Search, and/or reasonably similar
4   software" and "Servers" including "Google Now, Google Search, and Google Voice Search
5   Servers" provided by Google.

DATED: July 25, 2016               Respectfully submitted,

                                   QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP

                                   By: /s/Sean S. Pak
                                      Sean S. Pak
                                      *Attorneys for Google Inc*.